UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENNETH PATRICK                                                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:14CV102 DPJ-FKB

CAROLYN W. COLVIN, ACTING COMMISSIONER
OF SOCIAL SECURITY                                                                             DEFENDANT

ORDER

This cause came on this date to be heard upon the Report and Recommendation [16] of the United States Magistrate Judge, after referral of hearing by this Court. Magistrate Judge Ball recommended that the Commissioner's finding that Kenneth Patrick is not disabled be affirmed. The deadline to object under Rule 72(b)(2) of the Federal Rules of Civil Procedure has now passed without objection. The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [16] of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court. The Commissioner's Motion to Affirm [14] is granted, and this case is dismissed with prejudice.

A separate judgment will be entered in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 20th day of February, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE